[Nos. 23297-9-II; 23298-7-II. Division Two. May 4, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DAWNNA MARIE WEIGHT, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Thurston County, Nos. 97-1-00481-4 and 97-1-00482-2, Paula Casey, J., entered May 8, 1998. *Affirmed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Seinfeld and Houghton, JJ.

[No. 24483-7-II. Division Two. May 4, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ARTHUR NEBEL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-1-01823-6, Richard A. Strophy, J., entered March 19, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Quinn-Brintnall, JJ.

[No. 24715-1-II. Division Two. May 4, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN JEFFREY McCORMICK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-05279-3, D. Gary Steiner, J., entered April 26, 1999. *Reversed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 24733-0-II. Division Two. May 4, 2001.]

SONIA (LAMB) HULL, ET AL., *Respondents*, v. MARK E. DARBY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-2-03166-8, Jay B. Roof, J., entered May 20, 1999. *Reversed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Seinfeld and Houghton, JJ.